FILED

JAN -7 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **1:26 CR 0 0 0 18** |
| | ) | Title 18, United States Code, |
| SIDNEY BOOTY, | ) | Sections 922(g)(1), and |
| | ) | 924(a)(8); and Title 26, United |
| Defendant. | ) | States Code, Sections 5861(d) |
| | ) | and 5871; and Title 21, United |
| | ) | States Code, Section 841(a)(1) |
| | ) | and (b)(1)(C) |

**JUDGE CALABRESE**

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1.      On or about December 1, 2023, in the Northern District of Ohio, Eastern Division, Defendant SIDNEY BOOTY, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being:  Drug Trafficking, on or about March 10, 2015, in Case Number CR-14-586739, in Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce firearms, to wit:  a Sig Saur, model 716, .308 mm caliber rifle, bearing serial number 22G004311, a Century Arms, model RAS47, 7.62 x 39 mm caliber rifle, bearing serial number RAS47054816, a Ruger, model 10/22, .22 LR caliber rifle, bearing serial number 256-28954, a Harrington-Richardson, model Pardner, 12 gauge shotgun, bearing serial number HY217298, a Marlin, model XT-17, .17 caliber rifle bearing serial number MM31104B, a ROHM, model RG10, .22 cal., revolver, bearing serial number 867661, an AMT, model Backup, .45 cal. Pistol, bearing serial number DA7623, and a

Rossi, .38 caliber revolver, bearing serial number 48297, and ammunition, said firearms and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 2
(Unlawful Possession of a Silencer,
26 U.S.C. §§ 5861(d) and 5871)

The Grand Jury further charges:

2. On or about December 1, 2023, in the Northern District of Ohio, Eastern Division, Defendant SIDNEY BOOTY did knowingly and unlawfully possess and transfer a firearm as defined in Title 26, Section 5845(a)(7), United States Code, that is, a silencer within the meaning of Title 18, Section 921(a)(25), United States Code, and more particularly described as five cylindrical metal devices, designed for silencing, muffling, or diminishing the report of a portable firearm, which firearm had not been registered to him in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code, all in violation of Title 26, Sections 5861(d) and 5871, United States Code.

COUNT 3
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about December 1, 2023, in the Northern District of Ohio, Eastern Division, Defendant SIDNEY BOOTY did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

2

## FORFEITURE

The Grand Jury further charges:

4.      For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section, 2461(c), the allegation in Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant SYDNEY BOOTY shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Counts 1 and 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.